WILLIAM K. NOBLE, Respondent, *v.* E. F. BLACKFORD COMPANY, Appellant.

*Noble v. Blackford Co,* 115 App. Div. 896, reversed.
(Argued October 17, 1907: decided November 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

October 17, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for goods sold and delivered.

*P. M. French* for appellant.

*Isaac Adler* for respondent.

Judgment reversed and new trial granted, costs to abide event, on the ground that the trial court erred in admitting evidence that no complaint had been made as to the character of the hoops sold and furnished to other customers of the plaintiff; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.